UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORP. and PARKER INTANGIBLES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LAIRD TECHNOLOGIES, INC., <br><br> Defendant. | CASE NO. 1:17-cv-00988-DCN <br><br> JUDGE DONALD C. NUGENT |

**MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER**

Now come Plaintiffs and move this Court for an Order entering the agreed Stipulated Protective Order attached hereto.  The parties have so stipulated and agreed to abide by the terms of the Stipulated Protective Order attached.

Dated:  November 12, 2019          Respectfully submitted,

*/s/Ray L. Weber*
Ray L. Weber (0006497)
Laura J. Gentilcore (0034702)
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-1242
Fax: (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com

*Attorneys for Plaintiffs*
*Parker-Hannifin Corporation and*
*Parker Intangibles LLC*

1

**CERTIFICATE OF SERVICE**

I certify that, on November 12, 2019, a true and correct copy of the foregoing document and attachment were filed with the United States District Court for the Northern District of Ohio using the CM/ECFM system which will send notification of such filing to all registered parties, including Defendant's counsel, listed below:

Glennon P. Fogarty
HUSCH BLACKWELL
Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105
Phone: 314-480-1500
Fax: 314-480-1505
Email: glennon.fogarty@huschblackwell.com

J. Aron Carnahan
HUSCH BLACKWELL
Ste. 2200
120 South Riverside Plaza
Chicago, IL 60606
Phone: 312-665-1500
Fax: 312-655-1501
Email: aron.carnahan@huschblackwell.com

Lindsey Carr Siegler
Christopher C. Koehler
FRANTZ WARD
Ste. 3000
200 Public Square
Cleveland, OH 44114
Phone: 216-515-1660
Fax: 216-515-1650
Email: lcarr@frantzward.com
Email: ckoehler@frantzward.com

/s/Ray L. Weber
Ray L. Weber (0006497)
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
*Attorney for Plaintiffs*
*Parker-Hannifin Corporation and*
*Parker Intangibles LLC*